**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF BEACON SALES ACQUISITION, INC. FOR AN ORDER GRANTING LEAVE TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. 19-cv-15822 |

## ORDER

This matter having come before the Court upon the *ex parte* application of Beacon Sales Acquisition, Inc. ("Beacon") pursuant to 28 U.S.C. § 1782 for leave to issue a subpoenas to Sam Youn, and the Court having reviewed Beacon's application and accompanying memorandum of law, the Declaration of James W. Ducayet, and the Declaration of Kyunghoon Lee explaining the Korean Court's willingness to accept this Court's judicial assistance in obtaining evidence for a civil lawsuit, and the Court having found that Beacon's application satisfies the requirements and discretionary factors of 28 U.S.C. § 1782 for the reasons stated in Beacon's application and accompanying memorandum of law, the Court hereby ORDERS:

IT IS ORDERED that Beacon is granted leave to issue to Sam Youn the subpoenas in the form attached to Allied's application, and this Court retains jurisdiction to address any disputes that may arise over the enforcement of the subpoena.

Dated: 8/1/19

s/Cathy L. Waldor

United States District Judge
Magistrate